PER CURIAM.
Affirmed. Lance v. Wade, 457 So.2d 1008 (Fla.1984); Handel v. Rudnick, 78 So.2d 709 (Fla.1955); Balsera v. A.B.D.M. & P. Corp., 511 So.2d 679 (Fla. 3d DCA), rev. denied, 519 So.2d 986 (Fla.1987); Phillips v. Ostrer, 481 So.2d 1241, 1246 (Fla. 3d DCA 1986); Melzer v. Jacob Agay H., 426 So.2d 1049 (Fla. 3d DCA), rev. denied, 438 So.2d 833 (Fla.1983); Compania Dominicana de Aviacion v. Knapp, 251 So.2d 18, 21 (Fla. 3d DCA), cert. denied, 256 So.2d 6 *1158 (Fla.1971); Advance Co. v. Albert, 216 So. 2d 474 (Fla. 3d DCA 1968), cert. denied, 225 So.2d 526 (Fla.1969); Ellingson v. Willis, 170 So.2d 311 (Fla. 1st DCA 1964); Allied Chem. Corp. v. Eubanks Indus., Inc., 155 So.2d 740 (Fla. 3d DCA 1963).